|   |   |
|---|---|
| Leroy Williams Bey, | CASE NO. 2:13-cv-00812-MJP |
| Plaintiff, | ORDER DISMISSING CASE AND REVOKING IN FORMA PAUERIS STATUS |
| v. | |
| Child Protective Services, | |
| Defendant. | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

The Court issues this matter sua sponte. On July 29, 2013, this Court ordered Plaintiff to show cause why his complaint should not be dismissed for failure to state a claim and his in forma pauperis status revoked. The Court directed Plaintiff to file an amended complaint within 30 days. Plaintiff has not filed an amended complaint or otherwise cured the deficiencies identified by the Court. The Court therefore DISMISSES Plaintiff's complaint and revokes his in forma pauperis status.

//

//

//

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated this <u>3rd</u> day of September, 2013.

*[signature]*

Marsha J. Pechman
Chief United States District Judge