# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEROY WILLIAMS BEY, <br><br> Plaintiff, <br><br> v. <br><br> CHILD PROTECTIVE SERVICES, et al., <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NUMBER: C13-812-MJP |

\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Plaintiff's complaint is dismissed.

Dated September 3, 2013.

                                            William M. McCool
                                            Clerk of Court

                                            s/Mary Duett
                                            Deputy Clerk